# CRIMINAL MINUTE CALENDAR

**BEFORE JUDGE:** Kuntz  **DATE:** 12/16/2015

**DOCKET NUMBER:** 12-cr-00465-1  **CASE TITLE:** USA v. John Doe

**TOTAL TIME IN COURT:** ____ Hours **27** Minutes

**DEFENDANTS NAME** John Doe  **DEFENDANT #** 1
Present  IN CUSTODY

**DEFENSE COUNSEL** Barry Rhodes, Esq.  CJA ATTORNEY
Present

**DEFENDANTS NAME** _____  **DEFENDANT #** ____

**DEFENSE COUNSEL** _____

**DEFENDANTS NAME** _____  **DEFENDANT #** ____

**DEFENSE COUNSEL** _____

**DEFENDANTS NAME** _____  **DEFENDANT #** ____

**DEFENSE COUNSEL** _____

**A.U.S.A.** Darren LaVerne  **Pretrial Officer** _____

**Probation Officer** Angelica Deniz  **Other** _____

**Case Manager/Magistrate Clerical** Andrew Jackson

**Court Reporter/ESR Operator** Stacy Mace  **Tape Log** _____

**Interpreter** _____  **language** _____

**Type of Hearing**

**Sentencing** _____  ☐ Contested ☑ Non Evidentiary

_____  ☐ Contested ☐ Non Evidentiary

_____  ☐ Contested ☐ Non Evidentiary

_____  ☐ Contested ☐ Non Evidentiary

**Hearing**  ☑ Began  ☑ Held

**SHOULD THIS CALENDAR BE SEALED?**  ☐ Yes  ☐ No

Next Scheduled Hearing

_____ (*Type of Hearing*) scheduled before

Judge/Magistrate Judge_____

on _____ (*Date*) at _____ (*Time*) in Courtroom _____

**EXCLUDABLE DELAY CODE TYPE:** _____

**PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START:** _____

**PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP:** _____
Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop

**Do these minutes contain ruling(s) on Motion(s)?**  ☐ Yes  ☐ No

**Motion(s) Type and Document # of Motion Ruled On:**

Motion to/for_____   DE   Decision_____

Motion to/for_____   DE   Decision_____

Motion to/for_____   DE   Decision_____

Motion to/for_____   DE   Decision_____

**TEXT:**

**Appearances: AUSA Darren LaVerne appeared on behalf of the United States. Barry Rhodes, Esq., appeared on behalf of Defendant John Doe (present). Probation Officer Angelica Deniz appeared on behalf of the United States Probation Office. The Defendant was sentenced to time-served and no supervised release. The United States District Court judge respectfully recommends to the State Court that this sentence run concurrent to any State sentence imposed upon the above-mentioned Defendant. The Defendant shall pay the mandatory $200.00 special assessment. No restitution was ordered, and the fine was waived because of the Defendant's inability to pay it.**